UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PUGH, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>MRS BPO, LLC,<br><br>Defendants. | Case No.: 20-cv-2075-MMA (LL)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 11] |

On February 1, 2021, Plaintiff Steven Pugh and Defendant MRS BPO, LLC filed a joint motion to dismiss Plaintiff's individual claims with prejudice and Plaintiff's class claims without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** Plaintiff's individual claims with prejudice and Plaintiff's class claims without prejudice. Each party shall bear their own costs and attorney's fees. The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and close the case.

**IT IS SO ORDERED.**

Dated: February 1, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge